UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MIDTOWN LIMITED PARTNERSHIP,

        Plaintiff,

v.

OMARI TAHIR-GARRETT,

        Defendant.

CASE NO. C17-587-JCC

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

Defendant's application to proceed in forma pauperis (Dkt. 1) is **GRANTED**. Defendant may proceed without prepayment of costs or fees or the necessity of giving security therefore.

The Clerk is directed to send a copy of this Order to defendant.

DATED this 21st day of April, 2017.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1